UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **BENJAMIN RAMEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No.  07-02279-RJL |
| | ) |
| **INTERNATIONAL BROTHERHOOD** | ) |
| **OF ELECTRICAL WORKERS,** | ) |
| **LOCAL 1900,** | ) |
| | ) |
| Defendant. | ) |

_____

## NOTICE OF APPEARANCE

I hereby enter my appearance as lead counsel in this case on behalf of the Defendant, International Brotherhood of Electrical Workers, Local 1900.

                                            Respectfully submitted,

                                             /s/ Robert E. Paul
                                            Robert E. Paul (Bar No. 194787)
                                            Jeffrey W. Burritt (Bar No. 493812)
                                            Zwerdling, Paul, Kahn & Wolly
                                            1025 Connecticut Ave., N.W. Suite 712
                                            Washington, DC 20036
                                            Phone: (202) 857-5000
                                            Fax: (202) 223-8417
                                            E-mail: rpaul@zwerdling.com
                                                               jburrit@zwerdling.com

                                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of January, 2007, a copy of the foregoing Notice of Appearance was sent, by first-class mail, postage prepaid, to the Plaintiff, who is proceeding pro se, Benjamin Ramey, 4251 Clay Street, NE, Washington, D.C. 20019.

      /s/ Robert E. Paul
      Robert E. Paul